```
_____ FILED   _____ LODGED
              _____ RECEIVED
```

Aug 16, 2019

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KYOKO YAMASHITA,<br><br>Defendant. | No. CR19- 5337<br><br>INFORMATION<br><br>(Misdemeanor) |

The United States Attorney charges that:

On or about July 3, 2019, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, KYOKO YAMASHITA, did take and carry away with intent to steal and purloin property of the United States government located at the McChord Field Base Exchange, of a value not in excess of One Thousand Dollars ($1,000.00).

///

///

///

INFORMATION
United States v. KYOKO YAMASHITA
pg. 1

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1916 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil

All in violation of 18 U.S.C. §§ 7 and 641.

DATED this 15th day of August, 2019.

BRIAN T. MORAN
United States Attorney

BRANDEN R. NETHKEN
Special Assistant United States Attorney

INFORMATION
United States v. KYOKO YAMASHITA
pg. 2

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1916 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil